UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RINA S. BOIVIN,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY OF SANTA MARIA, et al.,<br><br>        Defendants. | CASE NO.  CV 11-6620-JVS (PJW)<br><br>J U D G M E N T |

    Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed with prejudice.

DATED:  June 26, 2012.

_____
JAMES V. SELNA
UNITED STATES DISTRICT JUDGE